The People of the State of New York, Respondent, *v.* Abraham Small, Appellant.

*People* v. *Small*, 113 App. Div. ——, affirmed.
(Argued June 12, 1906; decided June 21, 1906.)

Appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 7, 1906, which affirmed a judgment of the St. Lawrence County Court rendered upon a verdict convicting the defendant of the crime of rape in the second degree.

*John N. Carlisle* for appellant.

*Clarence S. Ferris* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: Cullen, Ch. J., Gray, Edward T. Bartlett, Werner and Chase, JJ. Not voting: Vann, J. Dissenting: Willard Bartlett, J.